| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Joshua William Spencer |
| Debtor 2 (Spouse, if filing) | Crystal Marie Spencer, fka Crystal VanHorn |
| United States Bankruptcy Court for the: | Southern District of Indiana |
| Case number | 18-08056-RLM-13 |

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Cabana Series V Trust

**Court claim no.** (if known): 14-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 6 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2022

**New total payment:**
Principal, interest, and escrow, if any    $ 896.26

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 454.71    New escrow payment: $ 346.73

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Joshua William Spencer | Case number (if known) 18-08056-RLM-13 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons                                          Date 01/05/2022
Signature

Print: Molly Slutsky Simons                                         Title Attorney for Creditor
       First Name   Middle Name   Last Name

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
         Number   Street
         Loveland                OH    45140
         City                    State  ZIP Code

Contact phone 513-444-4100                                          Email bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

CRYSTAL M VANHORN
3757 PLEASANT CREEK DR
INDIANAPOLIS IN  46227

Analysis Date: December 23, 2021  Final
Property Address: 3757 PLEASANT CREEK DRIVE  INDIANAPOLIS, IN 46227  Loan:

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Oct 2021 to Jan 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 549.53 | 549.53 |
| Escrow Payment: | 454.71 | 346.73 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,004.24 | $896.26 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2021 |
| Escrow Balance: | (4,161.78) |
| Anticipated Pmts to Escrow: | 5,001.81 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $840.03 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 0.00 |
| Oct 2021 | | 152.33 | | | * | | 0.00 | 152.33 |
| Oct 2021 | | | | 5,025.16 | * | | 0.00 | (4,872.83) |
| Oct 2021 | | | | 1,014.90 | * | County Tax | 0.00 | (5,887.73) |
| Nov 2021 | | 345.19 | | | * | | 0.00 | (5,542.54) |
| Nov 2021 | | 690.38 | | | * | | 0.00 | (4,852.16) |
| Nov 2021 | | 345.19 | | | * | | 0.00 | (4,506.97) |
| Dec 2021 | | 345.19 | | | * | | 0.00 | (4,161.78) |
| | | | | | | Anticipated Transactions | 0.00 | (4,161.78) |
| Dec 2021 | | 4,547.10 | | | | | | 385.32 |
| Jan 2022 | | 454.71 | | | | | | 840.03 |
| | $0.00 | $6,880.09 | $0.00 | $6,040.06 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: December 23, 2021   Final
Borrower: CRYSTAL M VANHORN   Loan:

# Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 840.03 | 2,477.74 |
| Feb 2022 | 346.73 | 2,131.00 | Homeowners Policy | (944.24) | 693.47 |
| Mar 2022 | 346.73 | | | (597.51) | 1,040.20 |
| Apr 2022 | 346.73 | | | (250.78) | 1,386.93 |
| May 2022 | 346.73 | 1,014.90 | County Tax | (918.95) | 718.76 |
| Jun 2022 | 346.73 | | | (572.22) | 1,065.49 |
| Jul 2022 | 346.73 | | | (225.49) | 1,412.22 |
| Aug 2022 | 346.73 | | | 121.24 | 1,758.95 |
| Sep 2022 | 346.73 | | | 467.97 | 2,105.68 |
| Oct 2022 | 346.73 | | | 814.70 | 2,452.41 |
| Nov 2022 | 346.73 | 1,014.90 | County Tax | 146.53 | 1,784.24 |
| Dec 2022 | 346.73 | | | 493.26 | 2,130.97 |
| Jan 2023 | 346.73 | | | 839.99 | 2,477.70 |
| | $4,160.76 | $4,160.80 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 693.47. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 693.47 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 840.03. Your starting balance (escrow balance required) according to this analysis should be $2,477.74. This means you have a shortage of 1,637.71. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 4,160.80. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 346.73 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $346.73 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 18-08056-RLM-13 |
| Joshua William Spencer<br>Crystal Marie Spencer<br>  *fka* Crystal VanHorn | Chapter 13 |
| Debtors. | Judge Robyn L. Moberly |

## CERTIFICATE OF SERVICE

I certify that on January 5, 2022, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Chad William Garrapy, Debtors' Counsel
    inn@geracilaw.com

    John Madison Sadler, Debtors' Counsel
    inn@geracilaw.com

    Ann M. DeLaney, Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on January 5, 2022, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Joshua William Spencer, Debtor
    Crystal Marie Spencer, Debtor
    3757 Pleasant Creek Drive
    Indianapolis, IN 46227

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor